to $4,000, in which event the verdict shall be reduced accordingly and the motion denied. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

WILFRED J. CHILDS, Respondent, v. FANNIE KAHN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on the Complaint of ANNA VOLTOLINI, Respondent, v. PETER RUCCIONE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

JONATHAN THOMPSON and Others, Respondents, v. JOHN C. HOLTERMAN and Others, Impleaded with JEFFERSON M. LEVY, Appellant.— Judgment affirmed, with costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

GRACE GORDON, Respondent, v. MARIE BRADY MURRAY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

ALFRED DE BERTIN, Formerly Known as ALFRED BERTINASCO, Appellant, v. EMILIE FREY BERTINASCO, Also Known as MRS. FRANZ MENOTTI, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

JENNIE MCLAUGHLIN, an Infant, by DELIA MCLAUGHLIN, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

JOHN J. SHEEHAN, an Infant, by ANNIE SHEEHAN, His Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THE CITY OF NEW YORK, Appellant, v. FREDERICK W. WHITRIDGE, as Receiver of the DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

JOSEPH F. KNIGHT, Appellant, v. EMMONS BROTHERS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LAVITT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

BIRD S. COLER, as Commissioner of Public Charities of the City of New York, on the Complaint of MARY GERHARD, Respondent, v. FRANCIS MACKIN, Appellant.— Judgment reversed and complaint dismissed, on the ground that the evidence is insufficient. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CLARA H. MONTGOMERY, Respondent, v. JOSEPH P. MONTGOMERY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

OLAF J. OLSEN, Respondent, v. UNITED STATES FIDELITY AND GUARANTY